**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Zachary Morley, on behalf of himself and all other similarly situated plaintiffs, known and unknown, | ) ) ) ) | Case No. 24-cv-00498 |
| | ) | |
| Plaintiff, | ) | Judge John Robert Blakey |
| | ) | |
| v. | ) | Magistrate Judge Gabriel A. Fuentes |
| | ) | |
| Vision Logistics, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This cause coming to be heard on Plaintiff's Unopposed Motion For Conditional Certification of the Plaintiff Class Under Section 216(b) of the Fair Labor Standards Act, the Court orders as follows:

1. The Court conditionally certifies the following collective class pursuant to Section 216(b) of the Fair Labor Standards Act:

   **"All current or former dispatchers who worked for Vision Logistics, LLC at any time after September 1, 2021 and who were not paid overtime compensation for hours worked over 40 hours in a workweek."**

2. The Court appoints Plaintiff's counsel, John W. Billhorn, as Class counsel.

3. The Court approves the form and content of the Notice submitted by the Parties.

4. On or before November 6, 2024: Defendant shall provide to Plaintiff's counsel in Excel (.xlsx) format the following information regarding all Putative Class Members: full name; last known address(es) with city, state, and ZIP Code; last known e-mail address(es) (non-company address if applicable); last known telephone number(s); beginning and ending date(s) of employment).

5.  On or before November 20, 2024:    Plaintiff's counsel shall send a copy of the Court-approved Notice and Consent Forms to the Putative Class Members by First Class U.S. Mail, email, and text message.

6.  On or before December 13, 2024:    Plaintiff's Counsel shall text a second reminder to the Putative Class Members, reminding them of the due date for the return of their Consent form as well as a link to obtain replacement materials if necessary.

7.  On or before January 4, 2025    Putative Class Members shall return their signed Consent forms to Plaintiff's Counsel for filing with the Court.

8.  Ongoing    During the opt-in period, Defendants shall, within two (2) weeks of any new Opt-In Consent being filed with the Court, produce to Plaintiff's counsel all time and payroll records pertaining to such Opt-In Plaintiff.

9.  The Parties shall file a Joint Status Report by January 10, 2025.

SO ORDERED.

Dated:  October 25, 2024

Entered:

_____
John Robert Blakey
United States District Judge